STATE v. KERSH

No. 108.

Case below: 12 N.C. App. 80.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1971.

STATE v. McCALL and STATE v. SANDERS and STATE v. HILL

No. 22 PC.

Case below: 12 N.C. App. 85.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

STATE v. MONTGOMERY

No. 30 PC.

Case below: 12 N.C. App. 94.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

STATE v. O'HORA

No. 109.

Case below: 12 N.C. App. 250.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1971.

STATE v. ROGERS

No. 28 PC.

Case below: 12 N.C. App. 160.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

STATE v. WALLER

No. 7 PC.

Case below: 11 N.C. App. 666.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.